# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
## BENTON DIVISION

|  |  |
|---|---|
| Roslyn Gray and Kenneth Gray | Case No. 13-cv-479 |
| Plaintiffs, |  |
| v. | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| Enhanced Recovery Company, LLC |  |
| Defendant. |  |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Lifetime Debt Solutions, LLC

By:___/s/ Jeffrey S. Hyslip__
    Jeffrey S. Hyslip
    Attorney for Plaintiff
    917 W. 18th Street
    Suite 200
    Chicago, IL  60608

## CERTIFICATE OF SERVICE

I hereby certify that on 07/02/2013, I electronically filed the foregoing Notice.  Service of this filing will be made by the Plaintiff's Counsel upon the following:

Ginny L. Rodriguez
Director of Compliance
Enhanced Recovery Company, LLC
8014 Bayberry Rd.
Jacksonville, FL  32256

/s/ Jeffrey Hyslip