IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROSLYN GRAY and KENNETH GRAY,

    Plaintiffs,

vs.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

Case No. 13-cv-479-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiffs' notice of voluntary dismissal (Doc. 4). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss a cause of action without a court order by filing a notice before the defendant files either an answer or a motion for summary judgment. Here, defendant has filed neither an answer nor a motion for summary judgment. Accordingly, this case is **DISMISSED** and the Court **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**

**DATED:** July 8, 2013

                                              s/ J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**